942

No. 1053, Misc. MILLER v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 1055, Misc. HEAD v. EYMAN, WARDEN. Supreme Court of Arizona. Certiorari denied.

No. 1057, Misc. SPEESE v. WOLFE, WORKHOUSE SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1059, Misc. PEPPENTENZZA v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1062, Misc. BOSLER v. DALTON, JUDGE, ET AL. C. A. 8th Cir. Certiorari denied. Reported below: ── F. 2d ──.

No. 1063, Misc. CLOUTHIER v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1067, Misc. CHRISTOPH v. MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1075, Misc. COLLINS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1086, Misc. SYKES ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *David M. Grant* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.